[No. 36866-4-I.    Division One.    October 7, 1996.]

SOUTH CENTER OIL, INC., *Respondent*, v. CATHY J. KEANE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-30108-1, R. Joseph Wesley, J., entered May 23, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36963-6-I.    Division One.    October 7, 1996.]

*In the Matter of the Marriage of* WANDA A. REDFORD, *Appellant*, and GEORGE E. REDFORD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-04213-4, John M. Darrah, J., entered June 13, 1995. *Reversed* by unpublished per curiam opinion.

[No. 37064-2-I.    Division One.    October 7, 1996.]

THOMAS C. KURENOFF, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 94-2-00644-7, George E. McIntosh, J., entered June 22, 1995. *Reversed* by unpublished per curiam opinion.

[No. 37307-2-I.    Division One.    October 7, 1996.]

SCOTT HITCHCOCK, ET AL., *Appellants*, v. HEIGHTS WATER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-24002-1, Harriett M. Cody, J., entered August 18, 1995. *Affirmed* by unpublished per curiam opinion.